UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Court File No. 00-CV-73 JMR/RLE

Plaintiff,

v.

MICHAEL DOMBECK,
in his official capacity as Chief of the
United States Forest Service; and
DAN GLICKMAN, as secretary
of the United States Department of Agriculture,

Defendants;

**ORDER GRANTING INTERVENTION**

and

HEDSTROM LUMBER COMPANY, INC. and
MINNESOTA FOREST INDUSTRIES,

Intervenor-Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Based upon the Stipulation of the parties the court hereby enters the following:

**ORDER**

That Hedstrom Lumber Companies, Inc. and Minnesota Forest Industries are granted the status of defendants in the above captioned matter. The Answer of defendant's Hedstrom Lumber Companies, Inc. and Minnesota Forest Industries shall be due within twenty (20) days of entry of this order.

Dated: March 7, 2000

The Honorable James M. Rosenbaum

APPROVED AS TO FORM:

Fred Seikert
Attorneys for Defendant

Elizabeth Schmeising
Vanya Hogen
Attorneys for Plaintiff

FILED MAR 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

G:\APPS\WP\...\stip.wpd

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Court File No. 00-CV-73

Plaintiff,

v.

MICHAEL DOMBECK,
in his official capacity as Chief of the
United States Forest Service; and
DAN GLICKMAN, as secretary
of the United States Department of Agriculture,

Defendants;

**STIPULATION GRANTING INTERVENOR STATUS**

and

HEDSTROM LUMBER COMPANY, INC. and
MINNESOTA FOREST INDUSTRIES,

Intervenor-Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Hedstrom Lumber Company, Inc. and Minnesota Forest Industries have filed a motion seeking to intervene as defendant parties in the above captioned matter. The parties hereby stipulate that Hedstrom Lumber Company, Inc. and Minnesota Forest Industries shall intervene as defendant parties.

DATED: 3/3/00

Friedrich A.P. Siekert

~~Fred Seikert~~ (Attorney for Defendant)
FRIEDRICH A.P. SIEKERT, AUSA

DATED: 3/1/00

Vanya Hogen

~~Elizabeth Schmeising~~
Vanya Hogen (Attorney for Plaintiff)

DATED: 2/28/00

[signature]

David Oberstar
(Attorney for Intervenor Defendants)

G:\APPS\WP51\DRO\MFI\doseagullcreekint stip.wpd