UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-73 JMR/RLE

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Plaintiff,

v.

MICHAEL DOMBECK, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED STATES FOREST SERVICE; AND DAN GLICKMAN, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendants,

and

HEDSTROM LUMBER COMPANY, INC., and MINNESOTA FOREST INDUSTRIES,

Intervenor-Defendants.

**O R D E R**

Pursuant to the Stipulation to Extend Time to File Administrative Record, which is incorporated herein by reference, it is hereby

**ORDERED** that the Defendants Dombeck and Glickman are granted an additional ten days, or to and including August 11, 2000, within which to file and serve the administrative record.

Dated: 7/31/00

RAYMOND L. ERICKSON
United States Magistrate Judge

FILED AUG 0 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK