**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Friends of the Boundary Waters Wilderness,

Plaintiff,

vs.

Michael Dombeck, as Chief of the United States Department of Agriculture Forest Service, and Dan Glickman, as Secretary of the United States Department of Agriculture,

Defendants;

and

Hedstrom Lumber Company, Inc. and Minnesota Forest Industries,

Intervenor-Defendants.

**Civil No. 00-73 (JMR/RLE)**

**ORDER**

Base on the Stipulation by the parties to the above-captioned matter, it is hereby

ORDERED that the non-dispositive motion deadline in this matter is extended to November 15, 2000. All non-dispositive motions shall be filed and heard by that date.

Dated: 10/17, 2000

BY THE COURT

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED 10/17/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Friends of the Boundary Waters Wilderness,

Plaintiff,

vs.

Michael Dombeck, as Chief of the United States Department of Agriculture Forest Service, and Dan Glickman, as Secretary of the United States Department of Agriculture,

Defendants;

and

Hedstrom Lumber Company, Inc. and Minnesota Forest Industries,

Intervenor-Defendants.

**Civil No. 00-73 (JMR/RLE)**

**STIPULATION**

The parties to the above-captioned matter hereby stipulate and agree to entry of the attached Order extending the non-dispositive motion deadline in this matter to November 15, 2000.

Dated: October 12, 2000

Richard A. Duncan (#192983)
Elizabeth H. Schmiesing (#229258)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Plaintiff.

Dated: October 13, 2000

Friedrich A P Siekert

Friedrich A. P. Siekert
Assistant United States Attorney
U.S. Courthouse
Suite 600
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5697

Attorneys for Defendants.



FROM FAEGRE & BENSON (THU)10.12'00 15:35/ST. 15:25/NO. 4862002342 P 4

Dated: October 13, 2000

Mr. David R. Oberstar
Fryberger, Buchanan, Smith & Frederick, P.A.
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
(218) 722-0861

Attorneys for Intervenor-Defendants.

M1:673166.01

**AFFIDAVIT OF SERVICE BY FACSIMILE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

MEGAN MALIK of the City of New Hope, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 13th day of September, 2000, she served the Stipulation and Order for extension of the non-dispositive motion on the following attorneys, by transmitting to said attorney by facsimile and by placing a copy thereof in an envelope and arranging for the deposit of same, postage prepaid, in the United States Mails at Minneapolis, Minnesota, directed to said attorney(s) at the following facsimile number and address:

Friedrich A. P. Siekert
Assistant United States Attorney
U.S. Courthouse
Suite 600
300 South Fourth Street
Minneapolis, MN 55415
Fax Number: (612) 664-5788

David R. Oberstar
Fryberger, Buchanan, Smith & Frederick, P.A.
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
Fax Number: (218) 725-6800

Megan Malik

Subscribed and sworn to before me
this 13th day of October, 2000.

Sheila M. Johnson
Notary Public

SHEILA M JOHNSON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005