UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-73 JMR/RLE

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Plaintiff,

v.

MICHAEL DOMBECK, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED STATES FOREST SERVICE; AND DAN GLICKMAN, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendants,

and

HEDSTROM LUMBER COMPANY, INC., and MINNESOTA FOREST INDUSTRIES,

Intervenor-Defendants.

**O R D E R**

Pursuant to the Motion to Amend Pretrial Schedule submitted by the parties, for good cause shown, it is hereby

**ORDERED** that the pretrial schedule shall be amended as follows:

1. Discovery shall be completed by December 15, 2000;
2. Nondispositive motions shall be filed by December 15, 2000;
3. Memoranda in support of dispositive motions shall be exchanged on December 15, 2000;
4. Memoranda in opposition to dispositive motions shall be exchanged on January 19, 2001;

FILED NOV 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Reply memoranda shall be exchanged on February 2, 2001; and

6. The case shall be ready for trial to the Court (no jury) on February 2, 2001, or 30 days after the Court renders its order on any dispositive motion.

Dated: 11/13/00

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge