UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-73 JMR/RLE

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Plaintiff,

v.

MICHAEL DOMBECK, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED STATES FOREST SERVICE; AND DAN GLICKMAN, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendants,

and

HEDSTROM LUMBER COMPANY, INC., and MINNESOTA FOREST INDUSTRIES,

Intervenor-Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Stipulation of Dismissal Without Prejudice incorporated herein by reference, and Fed.R.Civ.P. 41(a)(1), it is hereby

ORDERED that the above-captioned action is dismissed without prejudice, each party to bear its own costs, disbursements, and attorney's fees.

Dated: December 22nd 2000

JAMES M. ROSENBAUM
United States Magistrate Judge

DEC 2 7 2000
FILED
FRANCIS E. DOSAL
JUDGMENT ENTD
DEPUTY CLERK

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-73 JMR/RLE

FRIENDS OF THE BOUNDARY WATERS WILDERNESS,

Plaintiff,

v.

MICHAEL DOMBECK, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED STATES FOREST SERVICE; AND DAN GLICKMAN, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,

Defendants,

and

HEDSTROM LUMBER COMPANY, INC., and MINNESOTA FOREST INDUSTRIES,

Intervenor-Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties, by counsel, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that this case shall be dismissed without prejudice, each party to bear its own costs, disbursements, and attorney's fees.

Dated: 12/20/00

B. TODD JONES
United States Attorney

Friedrich A.P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: Dec. 19, 2000

ELIZABETH SCHMIESING
Attorney for Plaintiff
Attorney I.D. No. 229258
FAEGRE & BENSON, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Dated: Dec. 19, 2000

DAVID R. OBERSTAR
Attorney for Intervenor-
Defendants
Attorney I.D. No. 144162
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802
(218) 722-0861